## Commonwealth *v.* Hayes, Appellant.

Submitted December 8, 1969. *Eugene H. Clarke, Jr.,* for appellant; *Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Henderson, Appellant.

Argued December 12, 1969. *Arthur F. Earley,* for appellant; *Brian Eric Appel,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.